UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

LISA BELL, HEATHER BARBAGALLO, KAILYN WAGNER and JAMES LOFTUS, Individually and on behalf of others similarly situated,

                Plaintiffs,

- against -

JANJER ENTERPRISES, INC., and any related entities;

                Defendants.

**EXHIBIT A**

CASE NO: 5:24-cv-150 (BKS/TWD)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were asserted in this action by any party are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

DATED: November 26, 2025
NEW YORK, NEW YORK

_Frank S. Gattuso_
Frank S. Gattuso, Esq.
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, NY 13066.
fgattuso@gclawoffice.com
Attorney for Plaintiffs

_Gregory B. Reilly_
Gregory B. Reilly, Esq.
FORDHARRISON LLP
366 Madison Avenue, 7th Fl.
New York, NY 10017
212-453-5920
greilly@fordharrison.com
Attorney for Defendant

IT IS SO ORDERED:

_Brenda K. Sannes_
Brenda K. Sannes
Chief U.S. District Judge

Dated: November 26, 2025
Syracuse, NY

8