UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA BELL, HEATHER BARBAGALLO, KAILYN WAGNER and JAMES LOFTUS, Individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>-against-<br><br>JANJER ENTERPRISES, INC., and any related entities;<br><br>            Defendants. | Case No.: 5:24-CV-00150 (BKS/TWD) |

**WHEREAS**, the Parties have made an application for an order approving settlement in the above-entitled action, in accordance with a Settlement Agreement (the "Agreement"), which sets forth the terms and conditions for the settlement of this action against Defendant and for dismissal of this action against Defendant with prejudice upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the parties' motion for approval of settlement dated December 30, 2025;

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

    1. The Court finds that the settlement is procedurally fair and has been reached through arms-length negotiation between experienced counsel.

    2. The Court also finds that the settlement satisfies the requirements for settlement of a Fair Labor Standards Act ("FLSA") action as set forth in <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199, 206 (2d Cir. 2015) in all respects as it is fair, reasonable, and reflects a reasonable compromise over contested issues involving a bona fide dispute.

    3. All terms and provisions of the Agreement shall be implemented.

    4. This Court has jurisdiction over the subject matter of this action, and over all parties to the action.

5. Without affecting the finality of this Order in any way, this Court hereby retains jurisdiction over consummation and performance of the Agreement.

6. That the Clerk of the Court is directed to close case 5:24-CV-00150 in accordance with the stipulation of dismissal signed and filed by the parties on November 26, 2026.

SO ORDERED THIS  29th   DAY OF       January           , 2026.

*Brenda K Sannes*
HON. BRENDA K. SANNES CHIEF U.S. DISTRICT JUDGE